I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-13-14

DEPUTY CLERK

*Also mailed a CV69



FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2014
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LESTER M. GALDAMEZ,

    Petitioner,

vs.

MONTGOMERY, Warden,

    Respondent.

Case No. CV 14-3338-VAP (RNB)

ORDER DISMISSING PETITION WITH LEAVE TO AMEND

    The Court's review of the Petition for Writ of Habeas Corpus by a Person in State Custody filed herein on April 30, 2014 reveals that it suffers from the following deficiencies.

    First, although it appears from the upper left section of the title page of the Petition that petitioner is representing himself in this matter, the Petition indicates in ¶ 12 that petitioner presently is represented by counsel and the Petition purports to have been signed on the signature line for counsel's signature by someone other than petitioner whose signature is indecipherable. If petitioner is representing himself, the signing of the Petition could not be delegated to another person. See Central District of California Local Rule 83-2.2.1. If petitioner is being represented by counsel, then his counsel's name, bar number, office address, telephone and facsimile numbers, and e-mail address should have appeared in the upper left section of the title page. See

Local Rule 11-3.8(a).

Second, the Petition is not properly verified. <u>See</u> Rule 2(c) of the Rules Governing Section 2254 Cases in the United States District Courts; Local Rule 83-16.2.

For the foregoing reasons, the Petition is dismissed with leave to amend. If petitioner still desires to pursue this action, he is ORDERED to file an amended petition rectifying the foregoing deficiencies on the approved Central District habeas form within thirty (30) days of the service date of this Order. The clerk is directed to send petitioner a blank Central District habeas petition form for this purpose.

The amended petition should reflect the same case number, be clearly labeled "First Amended Petition," and be filled out completely.

Finally, petitioner is cautioned that his failure to timely file a First Amended Petition in compliance with this Order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute.

DATED: <u>May 12, 2014</u>

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE