O

FILED
CLERK, U.S. DISTRICT COURT

JAN - 8 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER M. GALDAMEZ,<br><br>          Petitioner,<br><br>vs.<br><br>MONTGOMERY, Warden,<br><br>          Respondent. | Case No. CV 14-3338-VAP (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered denying the operative First Amended Petition and dismissing this action with prejudice.

DATED: January 6 2015

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE