JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
JAN - 8 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER M. GALDAMEZ,<br><br>Petitioner,<br><br>vs.<br><br>MONTGOMERY, Warden,<br><br>Respondent. | Case No. CV 14-3338-VAP (RNB)<br><br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: January 5 2015

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE